USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CMG WORLDWIDE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE ESTATE OF MARILYN MONROE, LLC, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 12 Civ. 2058 (KMW) <br><br> ECF Case <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL; STIPULATION AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of DLA Piper LLP (and attorneys Tamar Duvdevani and Gina Durham) hereby are substituted in place of the law firm Sheppard Mullin Richter & Hampton LLP (and attorneys Jill M. Pietrini, Paul W. Garrity and Shannon S. King) as counsel of record for defendant and counterclaimant The Estate of Marilyn Monroe, LLC in the above-captioned action.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that the law firm Sheppard Mullin Richter & Hampton LLP (and attorneys Jill M. Pietrini, Paul W. Garrity and Shannon S. King) should be removed from the docket and terminated from receiving future ECF notices in this case.

PLEASE TAKE FURTHER NOTICE that all future ECF notices, pleadings, notices of

hearing and other filings in this matter should be served upon the following incoming counsel:

>Tamar Duvdevani (Tamar.Duvdevani@dlapiper.com)
>DLA PIPER LLP
>1251 Avenue of the Americas
>New York, New York 10020-1104
>Telephone: (212) 335-4500
>Facsimile: (212) 335-4501

Dated: November 26, 2012

Respectfully submitted,

| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | DLA PIPER LLP |
|---|---|
| By: /s/ Paul W. Garrity<br>pgarrity@sheppardmullin.com<br>30 Rockefeller Plaza<br>New York, NY 10112-0015<br>Telephone: (212) 653-8700<br>Facsimile: (212) 653-8701 | By: /s/ Tamar Duvdevani<br>tamar.duvdevani@dlapiper.com<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |
| *Outgoing Attorneys for Defendant and Counterclaimant The Estate of Marilyn Monroe, LLC* | *Incoming Attorneys for Defendant and Counterclaimant The Estate of Marilyn Monroe, LLC* |

**SO ORDERED:**

DATED: 11 - 27, 2012

/s/ Kimba M. Wood
The Honorable Kimba M. Wood